**Order entered August 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00371-CR

**CLIFTON DEMONE OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F18-54331-I**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the August 12, 2019 *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Robert Baskett to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Mr. Baskett to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **November 1, 2019**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; Karren Jones, deputy court reporter, Criminal District Court No. 2; Felicia Pitre, Dallas County District Clerk, Robert Baskett; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Clifton Demone Owens, TDCJ #02258708, Holliday Unit, 295 IH-45 North, Huntsville, TX 77320-8443.

/s/    CORY L. CARLYLE
        JUSTICE